UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DUSTIN MILLER, et al.,

      Plaintiffs,

v.

THE FARM SERVICE AGENCY OF THE
UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

      Defendants.

No. 5:23-CV-253-H

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have tentatively settled this case, pending final agency approval.  *See* Dkt. No. 7.  Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.  By no later than February 29, 2024, the parties shall file either the appropriate stipulation to dismiss this case or a joint report updating the Court on the status of the case.

So ordered on January 24, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE